GOLDSMITH & HULL/File #586620
A Professional Corporation
William I. Goldsmith     SBN 82183
Jack D. Hull             SBN 91879
Eric Mintz               SBN 207384
16933 Parthenia Street
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

JS-6

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. LACV10-00918 VBF-(RCx) |
| Plaintiff, ) | |
| ) | DEFAULT JUDGMENT |
| v. ) | |
| MELITA TYLER ) | |
| ) | |
| Defendant. ) | |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) MELITA TYLER, on  NOVEMBER 3, 2010   for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) MELITA TYLER, the sum of $2,695.48 principal, $4,837.78 accrued pre-judgment interest to December 28, 2010, $0.00

//
//
//
//

penalties/administrative charges, $422.50 court cost, plus $469.55 attorneys fees, less credits of $0.00, for a total of $8,425.31 plus interest from , December 28, 2010, at the rate of $0.59 per day to date of entry of judgment. Judgment to accrue interest at the legal rate until paid.

DATE: January 4, 2011          TERRY NAFISI, CLERK OF THE COURT
                                U.S. District Court Central District of California


                                BY: /s/ Kendra Bradshaw
                                    DEPUTY CLERK

:P549F